No. 934. WILLING, RECEIVER, *v.* BINENSTOCK ET AL. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. James M. Kane, Thomas J. Minnick, Jr.,* and *George P. Barse* for petitioner. *Mr. Robert T. McCracken* for respondents.

No. 916. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BASHFORD. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Walter G. Moyle* for respondent.

No. 922. WORCESTER COUNTY TRUST CO., EXECUTOR, *v.* RILEY, CONTROLLER, ET AL. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. The motion of Henry L. Long, Commissioner of Corporations and Taxation for Massachusetts, to intervene is granted. *Messrs. Merrill S. June* and *Bradley B. Gilman* for petitioner. *Mr. George S. Fuller* for respondents.

No. 943. FIDELITY & DEPOSIT CO. *v.* PINK, SUPERINTENDENT OF INSURANCE OF NEW YORK. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Ralph S. Harris* and *Harold L. Smith* for petitioner. *Messrs. Alfred C. Bennett* and *Irvin Waldman* for respondent.